UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable David F. Levi
United States District Judge
Sacramento, California

                                    RE:    VALENCIA, Jose
                                              Docket Number:  2:99CR00460-01 DFL
                                              **PERMISSION TO TRAVEL**
                                              **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Michoacan, Mexico.  He commenced supervision on January 13, 2006, after serving 96 months in the Bureau of Prisons for two counts of Use Communication Facility to Facilitate Drug Felony Offense.  As a transitional component of the Bureau of Prisons, 3621 (e) completion, the releasee entered the Turning Point Comprehensive Sanctions Center (CSC) in Fresno, California, on July 19, 2005, and remained there until his final release from the Bureau of Prisons on January 13, 2006.

The releasee has been notified that his 85-year-old mother, who resides in Michoacan, Mexico, is terminally ill and, therefore, is in a delicate state of health.  The releasee has provided a letter from his mother's physician, Dr. Alejandro Mares, detailing his mother's medical condition.  Since he recently commenced supervision, this officer cannot provide a status of his performance while on supervision.  However, this officer contacted  Turning Point CSC to determine his progress while in their program.  According to CSC staff, the releasee presented no problems while at the program, complied with the conditions imposed by the facility, and maintained full-time employment.  The releasee has been a naturalized citizen of the United States since 1996, and he and his family have lived in their home in Merced for approximately ten years.  He is currently employed full-time at G & G Construction in Atwater, California.

Although, this officer would not normally recommend travel outside of the country this soon

**RE:    VALENCIA, Jose
          Docket Number:   2:99CR00460-01 DFL
          <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

following his release, in considering his mother's delicate state of health, this officer recommends approval be granted.

**Conviction and Sentencing Date:**  On August 2, 2001, Jose Valencia was sentenced for the offense of Use Communication Facility to Facilitate Drug Felony Offense.

**Sentence imposed:**  96 months Bureau of Prisons; 1 year supervised release; mandatory testing; and $200 special assessment    <u>Special conditions</u>: search and seizure and financial disclosure.

**Dates and Mode of Travel:**  The releasee is requesting travel be granted from March 18, 2006, to April 18, 2006.  The releasee would shorten his stay in Mexico if the Court is not inclined to grant this amount of time.

**Purpose:**  The releasee wishes to visit his terminally ill mother in Michaocan, Mexico.

Respectfully Submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian
United States Probation Officer**

**DATED:**     February 10, 2006
              Fresno, California
              MKD

**REVIEWED BY:**      /s/ Bruce  A. Vasquez
                    **Bruce A. Vasquez
                    Supervising United States Probation Officer**

**RE:   VALENCIA, Jose
        Docket Number:   2:99CR00460-01 DFL
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

---

**ORDER OF THE COURT:**

Approved     X                              Disapproved _____

　2/16/2006                                 /s/ David F. Levi
**Date**                                    **Honorable David F. Levi**
                                            **United States District Judge**